**FILED**

MAR 05 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO B. TARANGO,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM KNIPP, et al.,<br><br>Defendants. | Case No. 13-cv-01544-JST<br><br>**ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE**<br><br>Re: ECF No. 4 |

In this federal habeas corpus action filed under 28 U.S.C. § 2254 by Ernesto Tarango, a state prisoner who is represented by counsel, the Court issued an order to show cause why the action should not be stayed pending the exhaustion of Tarango's state remedies. ECF No. 3. The Court noted in that order that Tarango admitted in his petition that he has not exhausted his state remedies, which renders his petition subject to dismissal for lack of exhaustion. In response to the Court's order, Tarango requests the dismissal of the petition without prejudice pending the resolution of his habeas corpus petition in state court. ECF No. 4. In light of Tarango's response to the order to show cause, and in light of his admitted failure to exhaust his state remedies, the petition before the Court is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: 3/5/14

JON S. TIGAR
United States District Judge